# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS, INDIANA

| | |
|---|---|
| JAIRUS JOHNSON | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CAUSE NO. 1:21-cv-00372-TWP-MG |
| | ) |
| HAYNES INTERNATIONAL, Inc. | ) |
| | ) |
| Defendant, | ) |

## ORDER DISMISSING LAWSUIT WITH PREJUDICE

The Court, having considered the parties' Joint Stipulation of Dismissal with Prejudice and being duly advised, hereby ORDERS that this matter is DISMISSED WITH PREJUDICE, the parties to bear their own costs, including attorneys' fees.

Date: 1/4/2022

_____
Hon. Tanya Walton Pratt, Chief Judge
United States District Court
Southern District of Indiana

Copies to all counsel via CM/ECF

2